CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 17 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Chu Young Yi GDC 776776    1:24-CV-2645

(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

Keybo Taylor (SHERIFF)
Laurente El. Smink (HSA) CORRECTHEALTH

(Enter above the full name of the defendant(s).)

I.    Previous Lawsuits

A.    Have you filed other lawsuits in federal court while incarcerated in any institution?

        Yes ( )      No (✓)

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is
      more than one lawsuit, describe the additional lawsuits on another piece of paper,
      using the same outline.)

      1.    Parties to this previous lawsuit:

            Plaintiff(s):  _____
                           _____

            Defendant(s): _____
                           _____

      2.    Court (name the district):
            _____
            _____

      3.    Docket Number:  _____

Rev. 12/5/07

4.     Name of judge to whom case was assigned: _____

5.     Did the previous case involve the same facts?

       Yes ( )     No ( )

6.     Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

7.     Approximate date of filing lawsuit: _____

8.     Approximate date of disposition: _____

II.    **Exhaustion of Administrative Remedies**
       Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

A.     Place of Present Confinement: _Dooly State Prison_ .

B.     Is there a prisoner grievance procedure in this institution?

       Yes (✓)     No ( )

C.     Did you present the facts relating to your complaint under the institution's grievance procedure?

       Yes (✓)     No ( )

D.     If your answer is YES:
       1.     What steps did you take and what were the results? Filed a fle Grievance Resolution Form on July 29, 2022, filed a formal grievance Fee Flle Form July 27, 2022 received a receipt July 29, 2022 stating investigating your retaliating injury July 31, 2022

       2.     If your answer is NO, explain why not: _____
              _____
              _____

## III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: ChauYoung Yi

Address(es): Dooly State Prison
P.O. Box 750
Unadilla, GA 31091

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Keybo Taylor
Laurcenter E. Smink
Employed as SHERIFF OF Gwinnett County
PHP-CHSA-CORRECTHEALTH
at 2900 University Plwy Lawrenceville, GA 30043
1720 Wmdward Concse, Suite 300 Alpharett, GA 30005

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 6/2/2022 in Gwinnett County Jail, approximately 1:00 A.M. Detainee ChauYoung Yi during intake booking was slammed to the concrete floor by the Deputy officers. Also still in handcuffed, I was ripped of his pants and butt locks, underwear, exposing his genitals and butt locks, for a minute while the officer continue to enforce pressure on my back and butt locks that caused broken ribs in multiple places. Detainee Chu Yi, due to extreme pain.

## IV. Statement of Claim (Cont'd)

from the incident continue to ask for medical attention for the first and next 4 days in Gwinnett County Jail. Detainee was thrown in a cell without a mattress. The medical staff take x-rays of my left rib cage and did not determine anything was wrong. On June 9, 2022 they told and determine broken ribs in multiple places. There video cameras will listed clearly show the beating incident occurred. The Detainee suffered pain, injury suffering and still suffering mental trauma.

## V. Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

The Detainee is seeking for the damages of pain and suffering bodily injury still suffering from mental trauma treatment also the negligence of medical treatment from the medical staff!

The Detainee is seeking total amount of $1,800,000.00 one million and $800,000.00 total!

## V.    Relief (Cont'd)

Singed this _____30_____ day of _____May_____, 20_24_.

_____
Signature of Plaintiff

**STATE OF** _GEORGIA_
**COUNTY (CITY) OF** _Dooly_

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** _May 30, 2024_
(Date)

_____
Signature of Plaintiff

2022-102 (M)

## INMATE GRIEVANCE FORM

HAS AN INMATE REQUEST FORM BEEN SUBMITTED ON THIS SUBJECT?
_____ NO        ✓ YES

7/8/22
Library

IF YES, ATTACH REPLY WITH GRIEVANCE FORM; IF NO REPLY YET, WHEN WAS
IT SUBMITTED _6/24/2022_

### DO NOT USE THIS FORM TO APPEAL A DISCIPLINARY HEARING.

INMATE'S NAME/ ID # _ChuYoung Yi 2017353_ DATE: _7/7/2022_

UNIT: _B_                    CELL # _224_

COMPLAINT: _Pain and suffering (Broken Ribs).
Mental Trauma caused by Intake Booking officers._

WITNESSES OR OTHERS INVOLVED: _✓  Cameras In Intake.
Intake officers, Shift Supervisor,
Medical Staff, Detainee BAEE._

NARRATIVE OF INCIDENT: _On 6/2/2022 approximatly 1:00 A.M.
Detainee ChuYoung Yi during Intake booking was slammed
to the concrete flloor in Gwinnett County Jail by
Intake officers. Also Still in handcuffed Hog tied
formation was ripped of his pants and underwear,
exposing bid gentials and buttocks for serveral minutes
while an officer continue to enforce presssure on my
back and buttocks, that caused Broken Ribs in
Multiple places and Mental Trauma._

INMATE'S SIGNATURE                    DATE _7/7/2022_

DEPUTY'S SIGNATURE _501634_           DATE _7/7/20_

SUPERVISOR'S SIGNATURE _S1156_        DATE _7/8/22    0336_

GCSO/ REV. 9-16

P. 1

# Pre-Grievance Resolution Form

| First & Last Name: ChulYoung Yi | | Date: 6/24/2022 |
|---|---|---|
| Housing Unit: B | Room # 274 | Inmate MNI# 2261325 3 |
| Signature: (signature) 6/29/22 | | |

**Only ONE issue per form and grievance must be written within the given area below:**

On 6/2/2022, arrived P.M. detainee ChulYoung Yi, during intake booking was slammed to the concrete floor while handcuffed behind his back, by Officer Leslie. Causing broken ribs. Officer Leslie used excessive force. Because Chul Yi suffered injury and mental distress. Also in handcuffed. He tried formation was ripped at his pants and underwear exposing his genitals and buttocks for several minutes (caught) intentionally and mental health.

| Receiving Deputy: M. Summer | Receiving Supervisor: |
|---|---|
| SO: 1262   Date & Time: | SO: 362   Date & Time: 7/4/22 0537 |

**RESOLUTION**

Officer Leslie does not work for this agency. You can file a complaint with that officer's agency.

| (signature) SO706 | 7/4/22 0155 |
|---|---|
| Employee Signature & SO# (if Deputy) | Date: |

**SUPERVISOR's COMMENTS**

| | |
|---|---|
| Supervisor Signature & SO# | Date: |

P 2



To: Yi, Chu

From: Laurente E. Smink HSA

Re: Grievance 2022-123

Date: July 21, 2022

This particular grievance is in fact not a medical grievance. The complaint from the individual is in reference to the treatment he received at the hands of the deputy. It does not mention any concern with the medical care he received nor does it reference any negative medical experiences. Therefore, medical does not have a response to his complaint.

Thank you for bringing your concern to the medical team.

*Laurente Smink*

Laurente Smink FNP-C / HSA

P. 3



# Gwinnett County Sheriff's Office

2900 University Parkway • Lawrenceville, GA 30043 • 770.619.6?00
GwinnettCountySheriff.com | Twitter & Facebook @GwinnettSheriff

**Sheriff Keybo Taylor**                                        **Chief Cleophas Atwater**

---

TO:        Inmate Yi, Chu 22MNI013253

FROM:     Sergeant M. Campbell

SUBJECT:  **Grievance #2022-123 (M)**

DATE:      7/27/2022

This grievance should not have been forwarded to Medical as it pertains to the treatment of security staff on 6/02/2022. I have forwarded your grievance to the Team 3 shift (1800-0600) for them to investigate your claim of injury.

**Grievance Officer Signature:** _MKCampbell SGT/537_

**Date:** _7/27/2022_

P. 4