# 1:24-CV-2645

**CIVIL COVER SHEET FOR A PRISONER CASE**
**SDG/JCF 550 42:1983pr (p)**

JUDGE: TWT
MAG. JUDGE: SSC
DATE FILED: 6/17/24

DIVISION: Atlanta
IFP: ✓   FEE: ___
PREVIOUS CASES: yes

NAME: Chu Young Yi
ID #: 776776
PRO SE: ✓   ATTORNEY: ___
PLACE OF INCARCERATION: Dooly State Prison
CITY: Unadilla   STATE: GA   COUNTY: Dooly

| JURISD | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ___28:2254 | Habeas action by a STATE prisoner challenging state convictions or sentence. |
| 3 | 535 | ___28:2254d | Habeas action by a STATE prisoner under a DEATH sentence. _____SEND TO DISTRICT JUDGE. |
| 3 | 530 | ___28:2241st | Habeas action by a STATE prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.) |
| 2 | 530 | ___28:2241fd | Habeas action by a FEDERAL prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.) |
| 3 | 550 | ___42:1983pr | STATE or FEDERAL prisoner civil rights action suing State officials not involving prison conditions. A/K/A BIVENS action. |
| 2 | 550 | ___28:1331pr | Prisoner civil rights action suing Federal officials **not** Involving prison conditions. A/K/A BIVENS action. |
| 3 | 555 | ___42:1983pr | STATE prisoner civil rights action involving prison conditions. |
| 2 | 555 | ___28:1331pr | Prisoner civil rights action suing Federal officials Involving prison conditions. A/K/A Bivens action. |
| 2 | 540 | ___28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | ___28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | ___28:1332 | Any prisoner action based on diversity. |
| ___ | 540 | ___ ___ | OTHER: ___ |

_____ DOCKET CLERK: Place cover sheet on top of docket sheet and file. FORWARD to Magistrate Judge Assigned for IFP and/or frivolity determinations.

_____ STAFF LAW CLERK:
_____ Pauper's affidavit insufficient or no affidavit
_____ Complaint or petition not signed or is incomplete
_____ No copies
_____ Other: ___

ChuYoung Yi
GDC # 776776
Dooly State Prison
1412 Plunket Rd.
Unadilla, GA 31091



OFFICES OF THE CLERK
2211 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3361

CLEARED DATE
JUN 17 2024
U.S. Marshals Service
Atlanta, GA 30303