LF 028
(Rev. 10//03/2022)

## PRISONER CIVIL RIGHTS COMPLAINT

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA

AUG 0 8 2024

KEVIN P. WEIMER, Clerk
By:                    Deputy Clerk

Chu Young Yi   GDC# 776776

(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

Officer Johnson of Gwinnett
County Jail

## 1 : 24 -CV- 2 6 4 5 — SDG

(Enter above the full name of the defendant(s).)

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the Court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and the
last four digits of a financial account number.

---

**I.   Previous Lawsuits**

   A.   Have you filed other lawsuits in federal court while incarcerated in any institution?

   Yes ( ✓ )     No ( )

   B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is more
        than one lawsuit, describe the additional lawsuits on another piece of paper, using
        the same outline. Even if you do not know all of the information regarding a
        particular lawsuit, please include the information you do know to assist the Court in
        identifying your prior lawsuits.)

        1.   Parties to this previous lawsuit:

             Plaintiff(s):   Chu Young Yi; GDC# 776776

LF 028
(Rev. 10/03/2022)

Defendant(s): _Home Land Security (I.C.E.)_

2. Court (name the district):
_U.S. District Court for the Middle District of Georgia_

3. Docket Number: _?_

4. Name of judge to whom case was assigned: _?_

5. Did the previous case involve the same facts?

Yes ( )     No ( ✓ )

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
_? Dismissed_

7. Approximate date of filing lawsuit: _May 21, 2014_

8. Approximate date of disposition: _June 10, 2015_

## II.   Exhaustion of Available Administrative Remedies

In general, prisoners must exhaust available administrative remedies (such as the prison's grievance procedures) before filing an action in federal court. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your available administrative remedies before filing your case.

A.   Place of Present Confinement: _Dooly State Prison_

B.   Is there a prisoner grievance procedure in this institution?

Yes ( ✓ )     No ( )

C.   Did you present the facts relating to your complaint under the institution's grievance procedure?

Yes ( )     No ( ✓ )

D.   If your answer is YES:
   1.   What steps did you take and what were the results?

   _____

   _____

2

LF 028
(Rev. 10/03/2022)

_____
_____
_____

2.  If your answer is NO, explain why not: **I filed grievances at the Gwinnett County Jail, where the incident occurred.**

## III.  Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.  Name of Plaintiff: **Chu Young Yi: GDC#776776**
_____
_____

Address(es): **Dooly State Prison P.O. Box 750/ 1412 Plunkett Rd., Unadilla, GA 31091**
_____

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.  Defendant(s): **Officer Johnson of Gwinnett County Jail**

Employed as **Deputy Sheriff at Gwinnett County Jail**

at **Gwinnett County Jail 2900 University Pkwy, Lawrenceville, GA 30043**

## IV.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

( ) Federal official (a *Bivens* claim)
(X) State or local officials (a § 1983 claim)

3

LF 028
(Rev. 10/03/2022)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Excessive and Unnecessary use of force in Violation
the Due Process Clause and Cruel and Unusual Punishment Clause.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

## V. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

( ) Pretrial detainee
( ) Immigration detainee
(X) Convicted and sentenced state prisoner  although a pretrial detainee when
( ) Convicted and sentenced federal prisoner  the abuse happened.
( ) Other *(explain)* _____

## VI. Statement of Claim

State here as briefly as possible the facts of your case. Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On June 2, 2022, I, Chou Young Yi, was taken into custody at
Gwinnett County Jail. Intake Officers, Officer JOHNSON
and Officers _____ took control of me while handcuffed
behind my back. Officer JOHNSON slammed me to the
concrete Floor with a high rate of excessive force.
Officers HELA VI, stood by and watched the abuse take
place. I was then taken to another room and stripped
waist down naked with my genitals and buttocks
unnecessarily exposed while Officers _____ repeatedly
kneed me in the back, causing more pain, especially
in my left rib area. Afterwards, they took me to
a suicide watch cell. I stayed in the suicide watch
cell for 4 days without a mattress or blanket.
This incident took place not long ago
while being booked into Gwinnett County

LF 028
(Rev. 10/03/2022)

Mi and 2, Chu Yang Vi was unconscious
after being slammed me to the floor and
could that the attacker who did all the
video, camera assume his discovery
will clearly determine who all was
involved in the above incident.

**VII.  Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state
what medical treatment, if any, you required and did or did not receive.

On June 9, 2022, the second x-rays showed broken ribs
in several places. I went several days without pain
medication.

**VIII.  Relief**

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite
no cases or statutes.  If requesting money damages, include the amounts of any actual and/or
punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I want money damages and punitive damages
in the amount of 1.8 million dollars, both for
the unconstitutional and humane wrongs that were
committed and the weeks of suffering I endured
because of the incident.

5

LF 028
(Rev. 10/03/2022)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Signed this _____30_____ day of ____July_____, 20_24_.

_____
Signature of Plaintiff

STATE OF _____Georgia_____
COUNTY (CITY) OF ____Dooly_____

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __July 30, 2024__
(Date)

_____
Signature of Plaintiff

# Affidavit of Chu Young Yi

I, Chu Young Yi, attests that the following statements are true and correct to the best of my knowledge.

On June 2, 2022 at approximately 1:00am, Detainee, Chu Young Yi (affiant) during intake booking in the Gwinnett County Jail in the State of Georgia was slammed to the concrete floor while still handcuffed behind his back. Afterwards, Yi was taken to another room and placed on the floor with his hands still handcuffed behind his back. Yi was stripped of his pants and underwear and left naked, exposing his genitals and buttocks for about 30-60 minutes for the purpose of humiliation and mental trauma. Yi continuously spoke out that he was in extreme pain from the above excessive and unnecessary force and eventually was given medical attention. Yi stated he had extreme pain on his left side rib area. The first x-ray did not show sizeable damage, however, the second set of x-rays taken on June 9, 2022 showed broken ribs in multiple places.

After the humiliation of being naked on the floor, as mentioned above, Yi was taken to a suicide watch cell and placed in that cell without a mattress

page 1 of

or blankets to cover himself with.
After 4 or 5 days, Yi was taken to a jail pod.
Several cellmates reported Yi screaming in his
sleep from the nightmares following his abuse.

Yi suffered many weeks from the pain of his
broken ribs from Officer Johnson   while
officers held Yi, stood by and watched the abuse
happen without intervening.

7-30-24

GREGORY SCOTT DIXON
Commission Expires
NOTARY PUBLIC
JULY 23, 2026
DOOLY COUNTY, GEORGIA

ChiYoung Yi        July 30, 2024
GDC M6716          Date
1412 Plunket Rd.
Unadilla, GA 31091

July 30, 2024
Date

page 2 of

## INMATE GRIEVANCE FORM

**HAS AN INMATE REQUEST FORM BEEN SUBMITTED ON THIS SUBJECT?**

_____ NO     ✓ YES

7/8/22
Library

**IF YES, ATTACH REPLY WITH GRIEVANCE FORM; IF NO REPLY YET, WHEN WAS IT SUBMITTED** 6/29/2022

### DO NOT USE THIS FORM TO APPEAL A DISCIPLINARY HEARING.

**INMATE'S NAME/ ID #** Chwuoung Vi 22017293   **DATE:** 7/7/2022

**UNIT:** B     **CELL #** 224

**COMPLAINT:** Pain and Suffering (Broken Ribs).
Mental Trauma caused by Intake Booking Officers.

**WITNESSES OR OTHERS INVOLVED:** ✓ Cameras in Intake
Intake Officers, Shift Supervisor,
Medical Staff. Detainee BAEE.

**NARRATIVE OF INCIDENT:** On 6/2/2022 approximatly 1:00 A.M
Detainee Chwuoung Vi During Intake/Booking was slammed
to the Concrete Floor in Gwinnett County Jail by
Intake Officers. Also Still in Handcuffed Hog tied
formation was pinned of his pants and underwear.
exposing my genitals and buttocks for several minutes
while an officer continue to enforce pressure on my
back and buttocks that caused Broken Ribs in
Multiple places and Mental Trauma.

**INMATE'S SIGNATURE**     **DATE** 7/7/2022

**DEPUTY'S SIGNATURE** 201634     **DATE** 7/7/20

**SUPERVISOR'S SIGNATURE** S.M56     **DATE** 7/8/22   0336

**GCSO/ REV. 9-16**

# Pre-Grievance Resolution Form

| First & Last Name: Chulyoung Yi | Date: 6/24/2022 |
|---|---|
| **Housing Unit:** B    **Room #** 2.74 | **Inmate MNI#** 226 3253 |
| **Signature:** Chuyou-22 | |

**Only ONE issue per form and grievance must be written within the given area below:**

On 6/2/2022, grievant for A.M. detainee Chulyoung Yi.
during Intake booking was slammed to the concrete floor
while handcuff behind his back by Officer Leslie.
Causing broken Ribs. Officer Leslie used excessive force!
Detainee Chu Yi suffered injury and Mental distress.
Also in handcuffed, He tried explanation was ripped of
his pant, and underwear exposing his genitals. And
buttocks for serveral minutes (causing) humiliation and
mental harm.

| Receiving Deputy: M. Summer | Receiving Supervisor: | |
|---|---|---|
| SO: 1262   Date & Time: | SO: 362   Date & Time: 7/4/22 0537 |

## RESOLUTION

Officer leslie was not work for this agency. You can
File a complaint with that officers agency.

| Employee Signature & SO# (if Deputy)    SO706 | Date: 7/4/22 0155 |
|---|---|

## SUPERVISOR's COMMENTS

| | |
|---|---|
| **Supervisor Signature & SO#** | **Date:** |



# Gwinnett County
# Sheriff's Office

2900 University Parkway
Lawrenceville, GA 30043
(770) 619-6500 Fax (770) 822-3115



*Keybo Taylor*
**Sheriff**

*Cleophas Atwater*
**Chief Deputy**

TO: Yi, Chu Young 22-013253

FROM: Senior Deputy A. Pagan

SUBJECT: **Grievances #2022- 123 (M)**

DATE: 7/21/2022

This office is in receipt of the above reference grievance.

An Administrative Review of your Formal Grievance is being conducted. We will provide you with a written response upon the completion of our review.



# Gwinnett County Sheriff's Office

2900 University Parkway • Lawrenceville, GA 30043 • 770.619.6 00
GwinnettCountySheriff.com | Twitter & Facebook @GwinnettSheriff

**Sheriff Keybo Taylor**                                          **Chief Cleophas Atwater**

---

TO:        Inmate Yi, Chu 22MNI013253

FROM:      Sergeant M. Campbell

SUBJECT:   **Grievance #2022-123 (M)**

DATE:      7/27/2022


This grievance should not have been forwarded to Medical as it pertains to the
treatment of security staff on 6/02/2022. I have forwarded your grievance to the Team
3 shift (1800-0600) for them to investigate your claim of injury.


**Grievance Officer Signature:** _MKCampbell SGT/537_



**Date:** _7/27/2022_



1720 Windward Course • Suite 300 • Alpharetta, GA • 30005

Phone 770-692-4750 • Fax 770-692-4754 • www.CorrectHealth.org

To: Yi, Chu

From: Laurente E. Smink HSA

Re: Grievance 2022-123

Date: July 21, 2022

This particular grievance is in fact not a medical grievance. The complaint from the individual is in reference to the treatment he received at the hands of the deputy. It does not mention any concern with the medical care he received nor does it reference any negative medical experiences. Therefore, medical does not have a response to his complaint.

Thank you for bringing your concern to the medical team.

*Laurente Smink*

Laurente Smink FNP-C / HSA

ChuYoung Yi
776776
Dooly State Prison
1412 Plunket Rd.
Unadilla, GA 31091



**Retail**

U.S. POSTAGE PAID
FCM LG ENV
UNADILLA, GA 3109
AUG 01, 2024

30303   $0.00

RDC 99   R2305H126497-05

AUG -1 2024

CLEARED DATE
AUG 0 8 2024
U.S. Marshals Service
Atlanta, GA 30303

OFFICE OF THE CLERK
United States District Court
2211 United States Courthouse
75 TED TURNER DRIVE, S.W.
ATLANTA, GA 30303