U.S. District Court

Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
DEC 11 2024
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Case Name: Yi v. Johnson
Case Number: 1:24-CV-02645-SDG-JCF

## Motion to Amend USM285 and Summons

On November 5th, 2024, U.S. Magistrate Judge J. CLAY FULLER ordered the Plaintiff to (1) complete the USM285 form and Summons, and (2) return those documents to the Clerk within THIRTY (30) DAYS.

The Plaintiff since then responded to the Judge order on November 25, 2024.

The Plaintiff just discovered that the Defendant name is OFFICER M. Johnston.

The Plaintiff asks to Amend the USM285 and Summons by the Court to send the Plaintiff Amended USM285 and Summons, Forms.

1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Dooly State Prison, Unadilla, GA 31091. P.O. Box 750.

x ChuYoung *(signature)*

ChuYoung Yi
GDC 776776
Dooly State Prison
P.O. Box 750
Unadilla, GA 31091

*(Notary seal: Gregory Scott Dixon, Notary Public, Dooly County, Georgia, Commission Expires July 23, 2026)*

*(signature)*
12-5-24

2.

ChuYoung Yi
GDC 776776
Dooly State Prison
1412 Plunket Rd.
Unadilla, GA 31091

CLEARED DATE
DEC 11 2024
U.S. Marshals Service
Atlanta, GA 30303

ATLANTA GA RPDC 302
9 DEC 2024 PM 8 L



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S.W
ATLANTA, GA 30303



_____ ly State Prison
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility/center has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosure to the above address.