IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHU YOUNG YI, | : | |
| GDC No. 776776, | : | PRISONER CIVIL RIGHTS |
| | : | 42 U.S.C. § 1983 |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:24-CV-2645-SDG-JCF |
| OFFICER M. JOHNSTON, | : | |
| | : | |
| Defendant. | : | |

### DEFENDANT'S WAIVER OF REPLY TO PLAINTIFF'S AMENDED COMPLAINT

COMES NOW Defendant Mitchell Johnston and, pursuant to the Prison Litigation Reform Act, 42 U.S.C. § 1997e(g)(1) (hereinafter "PLRA"), hereby waives his right to reply to Plaintiff's Amended Complaint (Doc. 5) at this point in time.

As the Court is well aware, the PLRA was enacted by Congress "[i]n an effort to stem the flood of prisoner lawsuits in federal court." *Harris v. Garner*, 216 F.3d 970, 972 (11th Cir. 2000). Procedurally, the statute allows a defendant to waive the right of reply to a complaint filed by a prisoner without admitting any allegations contained in the complaint. 42 U.S.C. § 1997e(g)(1). Once a defendant exercises this

1

right, no further response is required unless and until the court finds that the plaintiff has a "reasonable opportunity to prevail on the merits." *See* 42 U.S.C. § 1997e(g)(2).

In this case, Defendant believes that Plaintiff's claims are subject to dismissal pursuant to Georgia's two-year statute of limitations for Section 1983 claims. *See Mullinax v. McElhenney*, 817 F.2d 711, 716 n.1 (11th Cir. 1987) ("the proper limitations period for all section 1983 claims in Georgia is the two-year period set forth in O.C.G.A. § 9-3-33 for personal injuries.); *McCullough v. Atlantic Refining Co.*, 50 Ga. App. 237, 177 S.E. 601 (1934).

Defendant will file his dispositive motion on or before June 23, 2025.

                Respectfully submitted,

                <u>/s/ Rachel R. Sinclair</u>
                Brian R. Dempsey
                Deputy County Attorney
                Georgia Bar No. 217596
                Brian.Dempsey@gwinnettcounty.com
                Rachel R. Sinclair
                Senior Assistant County Attorney
                Georgia Bar No. 620586
                Rachel.Sinclair@gwinnettcounty.com

                Attorneys for Defendant

Gwinnett County Law Department
75 Langley Drive
Lawrenceville, Georgia 30046
Tel: (770) 822-8700

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **DEFENDANT'S WAIVER OF REPLY TO PLAINTIFF'S AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system, and I certify that I have served the same by United States mail, proper postage prepaid, addressed to the following non-CM/ECF participants:

Chu Young Yi
776776
Dooly State Prison
1412 Plunket Rd.
Unadilla, Georgia 31091

This 23rd day of June, 2025.

/s/ Rachel R. Sinclair
Rachel R. Sinclair
Senior Assistant County Attorney
Georgia Bar No. 620586
Rachel.Sinclair@gwinnettcounty.com

Attorney for Defendant

Gwinnett County Law Department
75 Langley Drive
Lawrenceville, Georgia 30046
Tel: (770) 822-8700